# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> USRE 257 LLC, <br><br> *Debtor.* | Chapter 11 <br><br> Case No. 2:23-bk-12967 |

## LIST OF EQUITY SECURITY HOLDERS

| | | |
|---|---|---|
| DAVID DANIEL | 45 CITY AVE | BALA CYNWYD, PA 19004 |
| DAVID SCHREIBER | RUTH ST 3/9 | JERUSALEM, ISRAEL 10105 ISRAEL |
| MARCELLE KLAHR | 5 MEENDEELE | RAANANA, ISRAEL 4337505 ISRAEL |
| ZAHAV INVESTMENTS LP | 325 SYCAMORE AVE | MERION STATION, PA 19066 |
| RJ REAL ESTATE | 45 GRACE CHURCH | RYE, NY 10580 |
| DAVID MAGERMAN | 117 RAYNHAM ROAD | MERION STATION, PA 19066 |
| JOSH ROSSMAN | 129 BROOM LANE | MERION STATION, PA 19066 |
| THE SCOTT FELDMAN REVOCABLE TRUST | 78 SHADYBROOK LANE | PRINCETON, NJ 08540 |
| HELENE LEVY | 47 AMHERST PLACE | LIVINGSTON, NJ 07039 |
| MARCHMONT BLANDINGS LLC | 1524 PINE STREET | PHILADELPHIA, PA 19102 |
| TZVI SIMPSON | 401 W 56TH STREET, APT 3L | NEW YORK, NY 10019 |
| ARI DOBKIN | 105 SARAH COURT | LAKEWOOD, NJ 08701 |

| ARTHUR ADLERSTEIN | 233 N LATCHES LANE | MERION STATION, PA 19066 |
| --- | --- | --- |
| DONARI, LLC C/O SAMUEL ADLERSTEIN | 248 S. DETROIT STREET | LOS ANGELES, CA 90036 |
| EPHRAIM D DANIEL | 501 WALDON TR | MERION STATION, PA 19066 |