# EXHIBIT 1







































