# EXHIBIT 2

**From:** Mark Haltzman
**Sent:** Wednesday, September 27, 2023 1:43 PM
**To:** Pereira, Daniel <dpereira@stradley.com>; Patti, Josephine <Josephine.Patti@courts.phila.gov>; Santamour, Gretchen <GSantamour@STRADLEY.COM>; Murphy, Julie <Jmmurphy@stradley.com>
**Cc:** Malcolm Gould <MGould@sanddlawyers.com>
**Subject:** RE: Citizens Bank v. USRE 257 LLC - Hearing scheduled for 9.27.23

Counsel, now that we have some time to work out the issues between our clients,  can you tell me what security issues still remain so that my client can address them?  I had specifically asked Gretchen  during the inspection last night what, if anything, she or the Bank's contractor observed that needed to be addressed to secure the building.  Nothing was pointed out to me or my client by either Gretchen or the Bank's contractor that needed to be addressed in response to my question.  As Gretchen observed last night, USRE had workman on site ready and able to correct any security related issues.

Thank you.

Mark