# EXHIBIT 3





<␦>

NOTICE

Keep
OUT
!

