# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>USRE 257 LLC,<br><br>*Debtor.* | **Chapter 11**<br><br>**Case No. 2:23-bk-12967** |

## CERTIFICATE OF SERVICE

I, Mark S. Haltzman, Esquire, hereby certify that on October 17, 2023, I caused a true and correct copy of the foregoing *Debtor's Response in Opposition to Citizens Bank, N.A.'s "Emergency" Motion for Relief from the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code or, in the Alternative, Dismissal Of Chapter 11 Case* to be served upon the following via the Court's Electronic Filing System (ECF):

Gretchen M. Santamour, Esquire
Julie M. Murphy, Esquire
Daniel M. Pereira, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
*Attorneys for Plaintiff*

**SILVERANG, ROSENZWEIG
& HALTZMAN, LLC**

By:   /s/ Mark S. Haltzman
Mark S. Haltzman, Esquire
Malcolm S. Gould, Esquire
PA Atty. ID No. 38957/80254
*Attorneys for Debtor*

{01697831;5}                                            1