## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **USRE 257 LLC,** | Case No. 2:23-BK-12967 |
| **Debtor** | |

## ORDER

AND NOW, upon consideration of the Motion of Citizens Bank N.A. for Relief from the Automatic Stay Pursuant to Section 362(d)(2) of the Bankruptcy Code or, in the Alternative, Dismissal of this Chapter 11 Case [Dkt. No. 11] (the "Motion"), it is hereby

ORDERED that the motion is **GRANTED** due to the Debtor's failure to have hazard insurance in the name of the Debtor and this chapter 11 case is **DISMISSED** without prejudice .

_____
Hon. Ashely M. Chan

{01699571;1}